AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 14, 2023**

SEAN F. McAVOY, CLERK

ELIZABETH K. )
    *Plaintiff* )
    v. ) Civil Action No. 1:22-cv-03023-MKD
)
KILOLO KIJAKAZI, )
ACTING COMMISSIONER OF SOCIAL SECURITY
    *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 13, is GRANTED. Defendant's Motion for Summary Judgment, ECF No. 14, is DENIED. Pursuant to the Court's order at ECF No.16, this matter is reversed and remanded to the Commissioner of Social Security. JUDGMENT in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge MARY K. DIMKE on cross motions for summary judgment.

Date: 8/14/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
    *(By) Deputy Clerk*

Wendy Kirkham